

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00188-CR

JERRY SCHOLZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 76,894-E-CR, Honorable Douglas R. Woodburn, Presiding

June 27, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Pursuant to a plea bargain agreement, appellant Jerry Scholz was placed on deferred adjudication community supervision for four years for the offense of unlawful possession of a firearm by a felon.[1] The trial court's certification of appellant's right of appeal reflects that appellant's case is a plea-bargain case with no right of appeal and that appellant waived the right of appeal. *See* TEX. R. APP. P. 25.2(a)(2), (d).

---

[1] TEX. PENAL CODE ANN. § 46.04(a) (West 2011).

Notwithstanding the certification, appellant filed a notice of appeal, proceeding pro se, from the trial court's order of deferred adjudication. We are required by appellate rule 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." TEX. R. APP. P. 25.2(d). Because the trial court's certification reflects that appellant has no right of appeal, we dismiss the appeal.[2]

Judy C. Parker
Justice

Do not publish.

---

[2] On June 5, 2019, the Clerk of this Court sent a letter to appellant at the mailing address provided in his notice of appeal, the Potter County Detention Center. The letter notified appellant of the consequences of the certification and invited him to file an amended certification showing a right of appeal or demonstrate other grounds for continuing the appeal. The letter was returned to the Clerk undelivered with the envelope marked "Out of Jail." Appellate Rule 9.1(b) requires that unrepresented parties provide "the party's mailing address, telephone number, fax number, if any, and email address" in all documents filed with this Court. See TEX. R. APP. P. 9.1(b). Appellant has not provided the Court with any other mailing address or contact information.